IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JOE HAND PROMOTIONS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00756-O |
| | § | |
| STEPHANIE G. CUELLAR, | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Plaintiff's Motion for Default Judgment is **GRANTED**.

2. Default judgment is **ENTERED** against Defendant in the amount of $9,210.00, and post-judgment interest calculated pursuant to 28 U.S.C. § 1961(a).

3. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, to the parties.

**SO ORDERED** on this **31st** day of **January, 2025.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE